# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>TCL INDUSTRIES HOLDINGS CO., LTD.;<br>TCL ELECTRONICS HOLDINGS LTD.;<br>TCL COMMUNICATION LTD.; TCL<br>COMMUNICATION TECHNOLOGY<br>HOLDINGS LTD.; TCL MOBILE<br>INTERNATIONAL LTD.; HUIZHOU TCL<br>MOBILE COMMUNICATION CO., LTD.;<br>TCL MOBILE COMMUNICATION (HK)<br>COMPANY LTD.,<br><br>       Defendants. | Case No. 5:25-cv-00091-RWS-JBB |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Pantech Corporation ("Pantech") and Defendants TCL Industries Holdings Co., Ltd., TCL Electronics Holdings Ltd., TCL Communication Ltd., TCL Communication Technology Holdings Ltd., TCL Mobile International Ltd., Huizhou TCL Mobile Communication Co., Ltd., and TCL Mobile Communication (Hk) Company Ltd. (collectively, "TCL") (collectively with Pantech, the "Parties") jointly stipulate to the dismissal with prejudice of all claims asserted by Pantech against TCL in this action, subject to the terms of the Parties' settlement agreement. The Parties further stipulate to bearing their own costs and expenses incurred in connection with this litigation through the date of dismissal. A proposed order is attached hereto in accordance with Local Rule CV-7.

1

WHEREFORE, the Parties respectfully request that this Court enter the attached proposed order dismissing this action with prejudice, with each Party bearing its own costs and expenses.

Dated: July 13, 2026                          Respectfully submitted,

/s/Donald R. McPhail                          /s/ Geoffrey Culbertson
Donald R. McPhail                             Geoffrey Culbertson
**Vanguard Crest P.C.**                       Kelly Tidwell
1500 K Street NW, Suite 228                   PATTON TIDWELL & CULBERTSON, LLP
Washington, DC 20005                          2800 Texas Blvd. (75503)
Telephone: (771) 777-8280                     Post Office Box 5398
Email: dmcphail@vcip.us;                      Texarkana, TX 75505-5398
ITC1456@vcip.us                               (P) (903) 792-7080
                                              (F) (903) 792-8233
*Counsel for Respondents TCL Industries*      gpc@texarkanalaw.com
*Holdings Co., Ltd., TCL Electronics*         kbt@texarkanalaw.com
*Holdings Ltd., TCL Communication Ltd.,*
*TCL Communication Technology*                James A. Fussell
*Holdings Ltd., TCL Mobile International*     Tiffany A. Miller
*Ltd., Huizhou TCL Mobile*                    Clark Bakewell
*Communication Co., Ltd, and TCL Mobile*     Courtney Krawice
*Communication (HK) Company Ltd.*             **MAYER BROWN LLP**
                                              1999 K Street, NW
                                              Washington, DC 20006-1101
                                              Tel. (202) 263-3000
                                              Fax (202) 263-3300
                                              jfussell@mayerbrown.com
                                              tmiller@mayerbrown.com
                                              cbakewell@mayerbrown.com
                                              ckrawice@mayerbrown.com

                                              Graham (Gray) Buccigross
                                              **MAYER BROWN LLP**
                                              3000 El Camino Real
                                              2 Palo Alto Square, Ste. 300
                                              Palo Alto, CA 94306-2112
                                              Tel. (650) 331-2000
                                              Fax (650) 331-0051
                                              gbuccigross@mayerbrown.com

                                              *Counsel for Plaintiff Pantech Corporation*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 13, 2026, a true and correct copy of the above was served via e-mail through the Eastern District of Texas's CM/ECF system.

*Geoffrey Culbertson*
Geoffrey Culbertson

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Plaintiff and Defendants complied with the meet and confer requirements of Local Rule CV-7(h) on this date. The parties jointly seek the relief described in this stipulation.

*Geoffrey Culbertson*
Geoffrey Culbertson

3